# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| S.C. )<br> )<br>     Plaintiff )<br> )<br>v. )<br> )<br>CORRECTIONS OFFICER HARRIMAN, and )<br>KEVIN JOYCE, Sheriff of Cumberland County, )<br>And CUMBERLAND COUNTY )<br> )<br> )<br>     Defendants ) | **Docket No. 2:19-cv-00063-LEW** |

## NOTICE OF DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, by and through undersigned counsel, in the above-entitled matter, and hereby notifies the Court that this matter is in order for dismissal pursuant to Rule 41(a)(1)(A)(i). No opposing party has appeared in this matter nor has an answer or a motion for summary judgment been served/filed. This dismissal is with prejudice and without fees or costs.

Dated: 04/18/2019

/s/ Michael J. Waxman
Attorney for Plaintiff
S.C.

1